QUIN DENVIR, Bar No. 49374
Federal Defender
801 I Street, Third Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
Sergio Ramirez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR S-05-0456 FCD |
| ) Plaintiff, ) | |
| ) v. ) | **REQUEST FOR APPOINTMENT** |
| ) | **OF NEW COUNSEL AND** |
| SERGIO RAMIREZ, ) | **ORDER** |
| ) Defendant. ) | |
| _____) | |

      Defendant Sergio Ramirez hereby requests that the appointment of the Office of the Federal Defender be terminated and that Quin Denvir be appointed as his counsel. Mr. Denvir has been handling the case since the Office was appointed by the Court. He will be retiring from the Office as of December 31, 2005. Defendant would like the appointment of the Office terminated and Mr. Denvir appointed as his new counsel, effective January 1, 2006.

///
///
///
///

1

Respectfully submitted,

DATED:  December ___, 2005       /s/ Quin Denvir
                                 QUIN DENVIR

                                 Attorney for Sergio Ramirez

    IT IS SO ORDERED.

DATED: December 21, 2005


                                 /s/ Frank C. Damrell Jr.
                                 FRANK C. DAMRELL, Jr.
                                 United States District Judge

United States v. Ramirez
05cr0456 FCD
Req. Appt. New Counsel            2