**OFFICE OF THE FEDERAL DEFENDER**
**EASTERN DISTRICT OF CALIFORNIA**
**801 I STREET, 3rd Floor**
**SACRAMENTO, CALIFORNIA  95814**
(916) 498-5700  Fax: (916) 498-5710

*Dennis S. Waks*
*Acting Federal Defender*

*Daniel J. Broderick*
*Chief Assistant Defender*

January 18, 2006

Quin A. Denvir
Attorney at Law
901 F St., #200
Sacramento, Ca.  95814

# FILED

JAN **1 9** 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Re:    **United States v. Sergio Ramirez**
       **Cr.S-05-456-FCD**

Dear Mr. Denvir:

This will confirm your appointment by the Honorable Frank C. Damrell, U.S. District Judge, to represent the above-name defendant. You are attorney of record until such time as you are relieved or other action is taken to appoint a different attorney.

Enclosed is a CJA 20 form, your Order of Appointment and Voucher for services rendered.  Also enclosed is an instruction sheet discussing the use of the forms, together with sample forms for reporting court time.  This will also provide a uniformity in the way attorneys report their time and services rendered.

If we may be of any further assistance regarding the processing of the enclosed form, preparation of form CJA 21 for expert services, or in reference to any other matter pertaining to this case, please feel free to call upon us at any time.

Very truly yours,

LUPE HERNANDEZ
Operations Administrator

:lh
Enclosures

cc: Clerks Office

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED | | VOUCHER NUMBER |
|---|---|---|---|
| CAE | Ramirez, Sergio | | |

| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
|---|---|---|---|
| | 2:05-000456-001 | | |

| 7. IN CASE/MATTER OF  (Case Name) | 8. PAYMENT CATEGORY | 9. TYPE PERSON REPRESENTED | 10. REPRESENTATION TYPE (See Instructions) |
|---|---|---|---|
| U.S. v. Ramirez | Felony | Adult Defendant | Criminal Case |

**11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section)**   If more than one offense, list (up to five) major offenses charged, according to severity of offense.
1) 18 924.C.F -- VIOLENT CRIME/DRUGS/MACHINE GUN

**12. ATTORNEY'S NAME**  (First Name, M.I., Last Name, including any suffix) **AND MAILING ADDRESS**

DENVIR, QUIN A.
901 F Street
SUITE 200
SACRAMENTO CA 95814

Telephone Number:   (916) 444-9845

**14. NAME AND MAILING ADDRESS OF LAW FIRM** (only provide per instructions)

**13. COURT ORDER**

☒ O  Appointing Counsel     ☐ C  Co-Counsel
☐ F  Subs For Federal Defender     ☐ R  Subs For Retained Attorney
☐ P  Subs For Panel Attorney     ☐ Y  Standby Counsel

Prior Attorney's Name: _____
   Appointment Date: _____

☐ Because the above-named person represented has testified under oath or has otherwise satisfied this court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 12 is appointed to represent this person in this case,
or
☐ Other (See instructions)

Signature of Presiding Judicial Officer or By Order of the Court
                01/12/2006
Date of Order  1 / 12 / 0 6        Nunc Pro Tunc Date
Repayment or partial repayment ordered from the person represented for this service at time of appointment.     ☐ YES     ☐ NO

| | CATEGORIES (Attach itemization of services with dates) | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH ADJUSTED HOURS | MATH/TECH ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|---|---|---|
| **15.** | a. Arraignment and/or Plea | | | | | |
| | b. Bail and Detention Hearings | | | | | |
| | c. Motion Hearings | | | | | |
| **In Court** | d. Trial | | | | | |
| | e. Sentencing Hearings | | | | | |
| | f. Revocation Hearings | | | | | |
| | g. Appeals Court | | | | | |
| | h. Other (Specify on additional sheets) | | | | | |
| | (Rate per hour = $ 92 )        **TOTALS:** | | | | | |
| **16.** | a. Interviews and Conferences | | | | | |
| **Out of Court** | b. Obtaining and reviewing records | | | | | |
| | c. Legal research and brief writing | | | | | |
| | d. Travel time | | | | | |
| | e. Investigative and Other work     (Specify on additional sheets) | | | | | |
| | (Rate per hour = $ 92 )        **TOTALS:** | | | | | |
| **17.** | Travel Expenses     (lodging, parking, meals, mileage, etc.) | | | | | |
| **18.** | Other Expenses     (other than expert, transcripts, etc.) | | | | | |
| | | | | | | |

| 19. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE FROM _____ TO _____ | 20. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION | 21. CASE DISPOSITION |
|---|---|---|

**22. CLAIM STATUS**     ☐ Final Payment     ☐ Interim Payment Number _____     ☐ Supplemental Payment
Have you previously applied to the court for compensation and/or reimbursement for this case?     ☐ YES   ☐ NO   If yes, were you paid?     ☐ YES   ☐ NO
Other than from the court, have you, or to your knowledge has anyone else, received payment (compensation or anything or value) from any other source in connection with this representation?     ☐ YES   ☐ NO   If yes, give details on additional sheets.
I swear or affirm the truth or correctness of the above statements.

Signature of Attorney: _____        Date: _____

| 23. IN COURT COMP. | 24. OUT OF COURT COMP. | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMT. APPR / CERT |
|---|---|---|---|---|
| | | | | |

| 28. SIGNATURE OF THE PRESIDING JUDICIAL OFFICER | DATE | 28a. JUDGE / MAG. JUDGE CODE |
|---|---|---|
| | | |

| 29. IN COURT COMP. | 30. OUT OF COURT COMP. | 31. TRAVEL EXPENSES | 32. OTHER EXPENSES | 33. TOTAL AMT. APPROVED |
|---|---|---|---|---|
| | | | | |

| 34. SIGNATURE OF CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE) Payment approved in excess of the statutory threshold amount. | DATE | 34a. JUDGE CODE |
|---|---|---|
| | | |

1 │ QUIN DENVIR, Bar No. 49374
  │ Federal Defender
2 │ 801 I Street, Third Floor
  │ Sacramento, California 95814
3 │ Telephone: (916) 498-5700

4 │ Attorney for Defendant
  │ Sergio Ramirez
5

6

7

8 │                  IN THE UNITED STATES DISTRICT COURT

9 │               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12 │ UNITED STATES OF AMERICA,      )    CR S-05-0456 FCD
                                   )
13 │              Plaintiff,       )
                                   )
14 │    v.                         )    **REQUEST FOR APPOINTMENT**
                                   )    **OF NEW COUNSEL AND**
15 │ SERGIO RAMIREZ,               )    **ORDER**
                                   )
16 │              Defendant.       )
                                   )
17

18 │         Defendant   Sergio   Ramirez   hereby   requests   that   the

19 │ appointment of the Office of the Federal Defender be terminated and

20 │ that Quin Denvir be appointed as his counsel.  Mr. Denvir has been

21 │ handling the case since the Office was appointed by the Court.  He

22 │ will be retiring from the Office as of December 31, 2005.  Defendant

23 │ would like the appointment of the Office terminated and Mr. Denvir

24 │ appointed as his new counsel, effective January 1, 2006.

25 │ ///

26 │ ///

27 │ ///

28 │ ///

1

1   Respectfully submitted,

2

3   DATED:   December ___, 2005      /s/ Quin Denvir
                                     QUIN DENVIR
4
                                     Attorney for Sergio Ramiréz
5

6
          IT IS SO ORDERED.
7

8   DATED: December 21, 2005

9

10                                   /s/ Frank C. Damrell Jr.
                                     FRANK C. DAMRELL, Jr.
11                                   United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
    United States v. Ramirez
    05cr0456 FCD
    Req. Appt. New Counsel            2