QUIN DENVIR, Bar No. 49374
ROTHSCHILD WISHEK & SANDS LLP
901 F Street, Suite 200
Sacramento, CA 95814
(916) 444-9845

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR S-05-0456 FCD |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER** |
| SERGIO RAMIREZ, | DATE: June 25, 2007<br>TIME: 10:00 a.m.<br>DEPT: Hon. Frank C. Damrell, Jr. |
| Defendant. | |

Plaintiff United States of America, by its counsel Assistant United States Attorney William S. Wong, and defendant Sergio Ramirez, by his counsel Attorney Quin Denvir, hereby stipulate and agree that the restitution hearing currently calendared for June 25, 2007 should be continued to July 2, 2007 AT 10:00 a.m.

Respectfully submitted,

DATED: June 4, 2007            /s/ Quin Denvir
                               QUIN DENVIR
                               Attorney for Defendant
                               Sergio Ramirez

1

```
                                    McGREGOR SCOTT
                                    United States Attorney


DATED: June 4, 2007                  /s/ Quin Denvir
                                    Telephonically authorized to sign
                                    for WILLIAM S. WONG
                                    Assistant U. S. Attorney
```

## O R D E R

   IT IS SO ORDERED.

DATED:  June 5, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE