HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
SERGIO RAMIREZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SERGIO RAMIREZ,<br><br>　　　　Defendant. | No. Cr. S 05-456 DJC<br><br>**STIPULATION SETTING A BRIEFING SCHEDULE ON DEFENDANT'S MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2); ORDER**<br><br>RETROACTIVE CRIMINAL HISTORY REDUCTION CASE<br><br>Judge: The Honorable DANIEL J. CALABRETTA |

Defendant, SERGIO RAMIREZ, by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Shelley D. Weger, hereby stipulate as follows:

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

The government's response to the motion to be filed on or before July 1, 2024;

Mr. Ramirez's reply may be filed on or before 15 days from the filing of the government's response.

Respectfully submitted,

Dated:  May 22, 2024                              Dated:  May 22, 2024

PHILLIP A. TALBERT                                HEATHER E. WILLIAMS
United States Attorney                            Federal Defender

/s/  Shelley D. Weger                             /s/  David M. Porter
SHELLEY D. WEGER                                  DAVID M. PORTER
Assistant U.S. Attorney                           Assistant Federal Defender

Attorney for Plaintiff                            Attorney for Defendant
UNITED STATES OF AMERICA                          SERGIO RAMIREZ

# ORDER

The government shall file its response to the motion (ECF 162) on or before July 1, 2024. Mr. Ramirez may file any reply to the government's response on or before 15 days from the filing of the government's response.

Dated: May 22, 2024

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE